# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVE COLEMAN,

    Plaintiff,

v.

BRIAN SMITH, et al.,

    Defendants.

Case No.: 3:23-cv-00232-ART-CSD

**ORDER**

Re: ECF No. 36

Before the court is Plaintiff's Motion for Leave to File First Amended Complaint. (ECF No. 36.) Defendants have responded to Plaintiff's motion which states they have no objection to the motion to the extent Plaintiff seeks to add Defendants Candis Rambur and Patti Smith. (ECF No. 38.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint is **GRANTED** (ECF No. 36).

**IT IS FURTHER ORDERED** that the Clerk of Court shall **FILE** the First Amended Complaint (ECF No. 36-8).

**IT IS FURTHER ORDERED** that within **fourteen (14) days** of the date of this Order, the Attorney General's Office shall file a notice advising the Court and Plaintiff of: (a) the names of the Defendants for whom it accepts service; (b) the names of the Defendants for whom it does not accept service, and (c) the names of the Defendants for whom it is filing the last-known-address

information under seal. As to any of the named Defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those Defendant(s) for whom it has such information. If the last known address of the Defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

**IT IS FURTHER ORDERED** that if the Attorney General accepts service of process for any named Defendant(s), such Defendant(s) shall file and serve an answer or other response to the First Amended Complaint within **twenty-one (21) days** from the date of this Order.

Dated: April 14, 2025.

_____
Craig S. Denney
United States Magistrate Judge