UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVE COLEMAN,

    Plaintiff

v.

BRIAN SMITH, et al.,

    Defendants

Case No.: 3:23-cv-00232-ART-CSD

**Order**

Re: ECF Nos. 78, 81

    Plaintiff has filed two motions which concern: identifying the correct defendant who was the Director of Nursing (DON) at Warm Springs Correctional Center (WSCC) during the relevant time period (December 2021 to March 2022, according to Plaintiff), dismissing Candis Rambur (who is not the correct defendant), and extending the deadlines in this case in light of Defendants' failure to identify the correct defendant DON at WSCC up to this point. (ECF Nos. 78, 81.)

    The court shares in Plaintiff's frustration that Defendants and their counsel have failed to identify the correct DON at WSCC for the relevant time period in the more than two years that this case has been pending.

    Defendants now represent in their filing at ECF No. 82 that Megan Sullivan is the correct defendant. The court will take Deputy Attorney General John Regalia at his word, as an officer of the court, that this information is correct. If it turns out that Ms. Sullivan is not the proper defendant, Plaintiff may bring a motion seeking appropriate sanctions against Defendants and their counsel.

///

## CONCLUSION

ECF Nos. 78 and 81 are **GRANTED** insofar as:

(1) Plaintiff's request to voluntarily dismiss Candis Rambur and substitute Megan Sullivan in her place is granted;

(2) The Attorney General's Office shall file a notice on or before **December 31, 2025**, indicating whether it will accept service for Megan Sullivan, and if not, file her last known address under seal;

(3) Discovery is reopened for the limited purpose of allowing Plaintiff to conduct any discovery as to defendant Megan Sullivan;

(4) The existing deadlines in this case are amended as follows:

| | |
|---|---|
| Discovery as to Megan Sullivan | **February 17, 2026** |
| Dispositive Motions | **March 17, 2026** |
| Joint Pretrial Order | **April 17, 2026** (or 30 days after a decision on any dispositive motion filed) |

**IT IS SO ORDERED**.

Dated: December 17, 2025

_____
Craig S. Denney
United States Magistrate Judge