AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants*
*Bob Faulkner, John Keast,*
*Kimberley McCoy, Erin Parks,*
*Patricia Smith, and Megan Sullivan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE COLEMAN, | Case No. 3:23-cv-00232-ART-CSD |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION TO THE DISPOSITIVE MOTION DEADLINE** |
| BRIAN SMITH, et al., | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Steve Coleman, *pro se*, and Defendants, Bob Faulkner, John Keast, Kimberley McCoy, Erin Parks, Patricia Smith, and Megan Sullivan, by and through Aaron D. Ford, Attorney General for the State of Nevada, and John Regalia, Deputy Attorney General, hereby respectfully submit the following Stipulation to extend dispositive deadlines.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    PROCEDURAL HISTORY

This is a *pro se* civil rights lawsuit under 42 U.S.C. § 1983 brought by Steve Coleman (Coleman). On April 19, 2024, this Court issued its Screening Order, allowing Coleman to proceed on an Eighth Amendment claim for an alleged deliberate indifference to Coleman's eye condition against Defendants Smith, Keast, Faulkner, McCoy, and Parks. ECF No. 4 at 9:1-3.

Parties engaged in settlement talks but were unsuccessful in resolving the matter at this time, thus parties agree to a short extension of the dispositive deadline to allow time for parties to prepare dispositive motions.

## II.    LEGAL STANDARD

Motions to extend deadlines set out in a discovery plan or scheduling order are governed by Fed. R. Civ. P. 16(b)(4) and LR 26-3. To prevail on a motion to extend a scheduling order deadline, the moving party must show "good cause." *Id.*

To demonstrate good cause, the parties must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV-1003997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

A stipulation is an agreement between the parties as to a fact of the case, and, as such, it is evidence introduced by both of the parties. *U.S. v. Hawkins*, 215 F.3d 858, 860 (8th Cir. 2000). Stipulations relating to proceedings before the court . . . must be in writing and signed by all parties who have appeared or their attorneys. LR 7-1(a). No stipulation relating to proceedings before the court . . . are effective until approved by the court. LR 7-1(b).

## III.    ARGUMENT

Parties have agreed to a twenty one (21) day extension of the dispositive motion deadline. Parties contend good cause as parties took part in a settlement conference in a separate case on May 26, 2026, and attempted to facilitate a global settlement. Parties were unsuccessful in reaching settlement at this time and due to the timing of the settlement talks have agreed to a short extension of the dispositive deadline to prepare dispositive motions. This time will allow parties to discuss a potential settlement and prepare for a potential dispositive motion if settlement cannot be reached.

**IV.    PROPOSED DEADLINE**

- Current Dispositive Motion Deadline: May 31, 2026.

- Proposed Dispositive Motion Deadline: June 21, 2026

DATED this 29th day of May, 2026.        DATED this 29th day of May, 2026.

By: /s/  Steve Coleman                          By: /s/ John Regalia
STEVE COLEMAN ,#72160                    JOHN REGALIA (Bar No. 16969)
*Plaintiff, Pro Se*                                     Deputy Attorney General
                                                              *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATE:  June 1, 2026